**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

| | | |
|---|---|---|
| **JAIME GRULLON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **1:26-cv-7340 (ALC)** |
| **-against-** | : | |
| | : | **ORDER OF REMAND** |
| **MAYA PLANTATION, INC.** ***et al.*****,** | : | |
| | : | |
| **Defendant.** | : | |

---------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants filed a Motion to Remand. ECF No. 4. Plaintiff joined in the request. ECF No. 6. Defendants' Motion is **GRANTED** as unopposed and this case is **REMANDED** to state court. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

**Dated:** October 7, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**